**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ANDRE RAHIM/HUNTER
ADC #106207                                                                                          PLAINTIFF

V.                                        5:05CV00193 JLH/JTR

HUNTER, Nurse, Varner Unit,
Arkansas Department of Correction, et al.                                                DEFENDANTS

## **ORDER**

On August 11, 2005, service upon Defendant Broadnax was returned as unexecuted. *See* docket entry #5. The U.S. Marshal's Office has orally informed the Court that the ADC Compliance Office would not accept service on behalf of Defendant Broadnax because she is no longer an ADC employee.

IT IS THEREFORE ORDERED THAT:

1. The ADC Compliance Office shall, within thirty days of the entry of this Order, file a **SEALED** Statement containing Defendant Broadnax's last known private mailing address.

2. The Clerk shall send a copy of this Order to the ADC Compliance Office and the Arkansas Attorney General's Office.

Dated this 17th day of August, 2005.

/s/ J. Thomas Ray
UNITED STATES MAGISTRATE JUDGE