**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ANDRE RAHIM/HUNTER
ADC #106207                                                                                                    PLAINTIFF

V.                                          5:05CV00193 JLH/JTR

HUNTER, Nurse, Varner Unit,
Arkansas Department of Correction, et al.                                                      DEFENDANTS

**ORDER**

Plaintiff, who is proceeding *pro se* in this § 1983 action, has mailed the Court two letters indicating that his Motion to Compel, which was filed in this action on September 8, 2005 (docket entry #36), should have been filed in *Rahim/Hunter v. Bowman*, 2:03CV00152, which is another *pro se* § 1983 action that Plaintiff commenced in this district. *See* Exhibits A and B to this Order. Plaintiff has also requested a copy of the docket sheet for this action. *Id.* The Court finds good cause for granting that request.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's Motion to Compel (docket entry #36), which was filed in this § 1983 action, is DENIED, AS MOOT.

2. The Clerk is directed to file a copy of the Motion to Compel (docket entry #36) in *Rahim/Hunter v. Bowman*, 2:03CV00152.

3. The Clerk is directed to send Plaintiff a copy of the docket sheet for this action.

Dated this 15th day of September, 2005.

                                                                    _____
                                                                    UNITED STATES MAGISTRATE JUDGE

RECEIVED
MAIL ROOM
SEP 13 2005
U.S. DISTRICT COURT
E. DIST. OF ARKANSAS

TO: MR. JAMES W. McCORMACK, CLERK

FROM: MR. ANDRE RAHIM/HUNTE #106201

RE: MR. McCORMACK FILE THE WRONG CASE NUMBER TO MY COMPEL LETTER AND CASE 2:05CV00152. AND DOCKET FOR 5:05CV00193.

DATE: 9-12-05

DEAR MR. J. W. McCORMACK

I'M COMPELLED TO WRITE YOU SEEKING THAT YOU WILL CORRECT THIS MATTER THAT YOU MADE.

MR. McCORMACK ON 9-7-05 I SENT A COMPEL LETTER TO YOUR OFFICE ASK YOU TO FORWARD THIS COMPEL LETTER ASKING THE 3# DEFENDANTS TO RESPONSE TO THE 3# INTERROGATORIES ON CASE 2:05 CV 00152 AND NOT AND CASE 5:05 CV 00193, SO MR. McCORMACK WILL YOU CORRECT THIS MATTER. AND I'M RETURN THIS RESPONSE FROM THE WRONG DEFENDANTS. AND I WOULD LIKE FOR A CIVIL DOCKET SHEET FOR CASE 5:05 CV00193.

THANK YOU MR. McCORMACK

*[signature]*

EX. B

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANDRE RAHIM/HUNTER, ADC#106207      PLAINTIFF

v.      No. 5:05CV00193 JLH/JTR

NURSE HUNTER, et al.      DEFENDANTS

### ADC DEFENDANT MAX MOBLEY'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY

Comes now ADC Defendant Max Mobley, by and through his attorneys, Attorney General Mike Beebe and Assistant Attorney General Christine Cryer, and for his Response to the Plaintiff's Motion to Compel Discovery, states as follows:

1. The parties in the above-referenced matter have not initiated discovery to one another.

2. The Plaintiff has another case against various parties: Andre Rahim/Hunter v. Eric Bowman, et al Case No. 2:03CV00152 JMM. It appears that discovery has been propounded in that case and that responses are either forthcoming or have already been provided.

3. ADC Defendant Max Mobley is not a party to the other lawsuit.

WHEREFORE, ADC Defendant max Mobley respectfully requests the Plaintiff's Motion to Compel, filed in the above-referenced case, be dismissed, and for any and all other just and proper relief to which he may be entitled.

1

Respectfully submitted,

MIKE BEEBE
Attorney General

By: /s/ Christine A. Cryer
Arkansas Bar No. 2001082
Assistant Attorney General
Attorney for ADC Defendant
323 Center Street, Suite 1100
Little Rock, Arkansas 72201
(501) 683-0958
Fax: (501) 682-2591
christine.cryer@arkansasag.gov

## CERTIFICATE OF SERVICE

I, Christine A. Cryer, Assistant Attorney General, do hereby certify that on this 9th day of September, 2005, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system.

I, Christine A. Cryer, Assistant Attorney General, do hereby certify that on this 9th day of September, 2005, I mailed a copy of the pleading via regular U.S. Mail to the following non CM/ECF participant:

Andre Rahim/Hunter, ADC # 106207
Varner Unit
P.O. Box 600
Grady, AR 71644-0600

By: /s/ Christine A. Cryer
Arkansas Bar No. 2001082
Assistant Attorney General
Attorney for ADC Defendant
323 Center Street, Suite 1100
Little Rock, Arkansas 72201
(501) 683-0958
Fax: (501) 682-2591
christine.cryer@arkansasag.gov

2

TO: MR. JAMES W. MCCORMACK, CLERK

FROM: MR. ANDRE RAHIM #106201

RECEIVED MAIL ROOM
SEP 13 2005
U.S. DISTRICT COURT
E. DIST. OF ARKANSAS

RE: THE CLERK HAD FILED MR. RAHIM LETTER UNDER THE WRONG CASE NUMBER.

DATE: 9-9-05

NO: 2:03CV00152

Dear J. W. McCormack

"Hello" I'm compelled to write you seeking your legal assistance on correct the case number on this return letter to the Assis Attorney General Office. The right case number for this letter is 2:03CV00152 and not 5:05CV193.

Thank you Mr. McCormack for your time and attention to this matter.

[signature]

EX. A

TO: Renae Ford Malone,
Assistant Attorney General

FROM: Mr. Andre Rahim #106207

RE: Mr. Rahim is seeking a response on the 3rd Interrogatories Answer's.

DATE 9-7-05         5:05CV193 JLH/JR

FILED U.S. DISTRICT COURT EASTERN DISTRICT ARKANSAS SEP 08 2005 JAMES W. McCORMACK, CLERK By: _____ DEP.CLERK

RECEIVED MAIL ROOM SEP 08 2005 U.S. DISTRICT COURT E. DIST. OF ARKANSAS

Dear R.F. Malone

"Hello" I'm compelled to write you seeking your legal assistance by the Fed.R.Csv.P.

I have filed 3rd Interrogatories on Defendants D. Tobar, G. Harmon, R. Hobbs on 8-9-05, so I'm seeking a answer on the 3rd Interrogatories by Defendants.

Please don't hesitate to contact me at your earliest, since time is of the essence.

/s/ Andre Rahim

Thank you R.F. Malone for your time and attention to this matter.

CERTIFICATE OF SERVICE
_____

I certify that service of the above and foregoing was mailed to the Assistant Attorney General Renae Malone on 9-7-05.

Renae Ford Malone
Assistant Attorney General
323 Center St., Suite 200
Little Rock, AR 72201

/s/ Andre Rahim