**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ANDRE RAHIM/HUNTER
ADC #106207                                                                                           PLAINTIFF

V.                                       5:05CV00193 JLH/JTR

HUNTER, Nurse, Varner Unit,
Arkansas Department of Correction, et al.                                            DEFENDANTS

**ORDER**

On November 10, 2005, the Court issued an Order giving defense counsel fifteen days to provide service information for Defendants Brown and Hunter. *See* docket entry #53. Defense counsel has timely complied with that Order. *See* docket entries #58 and #59.

IT IS THEREFORE ORDERED THAT:

1. The Clerk is directed to change the name of "Defendant Nurse Hunter" to "Defendant Kathy Hunter."

2. The Clerk is directed to change the name of "Defendant Nurse Brown" to "Defendant Iserene Brown."

3. The Clerk is directed to prepare a summons for Defendant Hunter, and the United States Marshal is directed to serve the summons, the Complaint (docket entry #2), and this Order upon Defendant Hunter, through the registered agent for Correctional Medical Services ("CMS"), without prepayment of fees and costs or security therefor.

4. The Clerk is directed to prepare a summons for Defendant Brown, and the United States Marshal is directed to serve the summons, the Complaint (docket entry #2), and this Order upon Defendant Brown at the **SEALED** private mailing address provided by defense counsel (docket

entry #59).  Importantly,  the private mailing address shall be **redacted** from the return of service.

Dated this 21st day of November, 2005.

/s/ A. Thomas Ray
_____
UNITED STATES MAGISTRATE JUDGE