**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ANDRE RAHIM/HUNTER
ADC #106207                                                                                              PLAINTIFF

V.                                          5:05CV00193 JLH/JTR

HUNTER, Nurse, Varner Unit,
Arkansas Department of Correction, et al.                                                    DEFENDANTS

## ORDER

On August 17, 2005, Separate Defendants "L. McCarty" and "Jo Burch" filed an Answer indicating that their correct names are "Laura Marie McCarty" and "Judy Burch." *See* docket entry #8. Similarly, on August 29, 2005, Separate Defendant "S. Mangum" filed an Answer indicating that her correct name is "Sandra Mangum." *See* docket entry #30.

IT IS THEREFORE ORDERED THAT the Clerk shall indicate on the docket sheet that Defendant "L. McCarty" is "Laura Marie McCarty," Defendant "Jo Burch" is "Judy Burch," and Defendant "S. Mangum" is "Sandra Mangum"

Dated this 30th day of November, 2005.

_____
UNITED STATES MAGISTRATE JUDGE