**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ANDRE RAHIM/HUNTER  PLAINTIFF
ADC #106207

v.  5:05CV00193 JLH/JTR

KATHY HUNTER, Nurse, Varner Unit,
Arkansas Department of Correction, *et al.*  DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Defendants' Motion for Summary Judgment (docket entry #124) is GRANTED, and this § 1983 action is DISMISSED, WITH PREJUDICE.

2. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

3. Plaintiff's Motion to Produce (docket entry #119), which is actually a request that Defendants be ordered to bring certain documents to the April 18, 2006 Evidentiary Hearing/Trial, is DENIED, AS MOOT.

Dated this 10th day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE